```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                            CRIMINAL ACTION NO. 2:12-00056-04

**BRYAN JAVINS**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On April 11, 2019, the United States of America appeared by Erik S. Goes, Assistant United States Attorney, and the defendant, Bryan Javins, appeared in person and by his counsel, L. Thompson Price, for a hearing on the petition seeking revocation of supervised release and amendment thereto submitted by United States Probation Officer M. Dylan Shaffer. The defendant commenced a 28-month term of supervised release in this action on May 24, 2018, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on June 1, 2018.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court

found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant failed to file a monthly report for the months of July and November, 2018; (2) the defendant failed to timely notify the probation officer of his change in employment inasmuch as the defendant informed the probation officer on January 22, 2019, that he had quit his job on or around January 1, 2019; (3) the defendant used and possessed controlled substances as evidenced by his admission to the probation officer that he used Lortab, for which he does not have a prescription, and that he had been abusing Lortab since December 2018; a positive urine specimen submitted by him on February 27, 2019, for methamphetamine and opiates, the defendant having admitted to the probation officer that he had used heroin and methamphetamine on or around February 24, 2019; and the defendant's admission to the probation officer on March 14, 2019, that he had used heroin on or around March 11, 2019; (4) the defendant failed to participate in substance abuse treatment as directed the last week in January and the first two weeks of February, 2019; (5) the defendant failed to submit to random urine screens as instructed on February 8 and 21, and March 12, 2019; and (6) the defendant failed to make restitution payments as directed by the court at the rate of $200 per month

for the months of August, September, October, November and December 2018, and January and February, 2019; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by a term of twenty-two (22) months of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated

by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special conditions that he participate in drug abuse counseling and treatment, and submit to random urine screens, all as directed by the probation officer.  The $18,450.33 restitution amount is hereby reimposed and the defendant shall make monthly payments thereon at the rate of $200 per month commencing two months after the defendant's release from incarceration, with payment due each month thereafter until paid in full.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  May 1, 2019

John T. Copenhaver, Jr.
Senior United States District Judge